IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. 1:20-cr-00127-CCB |
| **VICTOR RIVERA,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as assigned counsel in this case for the defendant Victor Rivera.

I certify that I am permitted to practice in this Court.

Respectfully submitted,

By: /s/_____
Stephen Mercer #12855
RaquinMercer LLC
5906 Hubbard Drive
Rockville MD 20852
Tel:   (301) 880 – 9250
Fax:   (833) 816 – 5605
Email:   Steve@RaquinMercer.com

*Assigned Counsel for Victor Rivera*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Entry of Appearance was served this April 17, 2020, *via* the ECF system on all parties.

By: /s/_____
Stephen Mercer #12855